IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

Charleswesley Alvin Schmier )
_____ )
_____ )
            Plaintiff(s),     )
         v.                   )
Wal-Mart Stores, Inc          )
_____ )
_____ )
            Defendant(s).     )

RECEIVED
2006 SEP 28 P 4: 05

CIVIL ACTION NO.

2:06cv878-MEF

DEMAND FOR JURY TRIAL

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 3960 Manse Newton RD APT D-5 Midland City AL 36350   334-718-4834

2. Name and address of defendant(s): Wal-Mart Stores Inc  702 Southwest 8th ST Bentonville, Arkansas 72716

3. Place of alleged violation of ~~~~: Pike County

4. Date of alleged violation of ~~~~: 2-14-05

5. State the facts on which you base your allegation that your constitutional rights have been violated: Wal-Mart Wrongfuly Prosecuted MR. Schmier Under Alabama Code 13a-8-8

1

SCANNED
PSR 92902

6.  Relief requested: _Jury Trial_

Date: _9-28-06_          _Charleswesley Alvin Schmier_
                         _Charleswesley Alvin Schmier_
                         Plaintiff(s) Signature

2