IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 13  A 10: 35

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHARLESWESLEY ALVIN SCHMIER,
Plaintiff.

v.                                    CASE NO. 2:06-cv-878-MEF

WAL-MART STORES, INC.,
Defendant.

The Plantiff is formally requesting a full withdrawal and closure of this case.

Plaintiff

*[signature]*

Charleswesley Alvin Schmier